

# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

July 21, 2022

**CLERK, US DISTRICT COURT**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 550
New York, NY 10007-131

Re:  Ishan Wahi and Nikhil Wahi

Your No:  22-cr-392
Our No:  MJ22-327

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated July 21, 2022, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Stefanie Prather,
Deputy Clerk